IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ROBERT DALY,** <br> Petitioner, <br> v. <br> **FEDERAL BUREAU OF PRISONS, et al.,** <br> Respondents. | Case No. 1:13-cv-00926 MJS (HC) <br><br> **AMENDED ORDER REQUIRING PETITIONER TO FILE PETITION FOR WRIT OF HABEAS CORPUS** <br><br> **THIRTY (30) DAY DEADLINE** |

On June 25, 2013, the Court issued an order directing the filing of a petition for writ of habeas corpus in this case. Due to clerical error on the part of the Court, the order was directed at Respondent, when of course it should have been directed to Petitioner. Accordingly, the June 25, 2013 order is hereby WITHDRAWN and replaced in its entirety with the following.

Petitioner, a federal prisoner at United States Penitentiary, Atwater, filed a notice of motion to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner did not file a copy of the petition with the notice of motion.

In order to commence an action in habeas corpus, petitioner must file a completed petition for writ of habeas corpus, as required by Rule 3 of the Rules Governing Section 2254 cases, together with an application to proceed in forma

pauperis or payment of the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a).[1] While Petitioner has filed motions to proceed in forma pauperis and for discovery, he has not filed a petition for writ of habeas corpus.

The Court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, Petitioner will be provided an opportunity to file a petition for writ of habeas corpus on the appropriate form petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the filing date of this order to file a petition for writ of habeas corpus that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The petition must bear the docket number assigned this case; Petitioner must file an original and two copies of the petition.

2. The Clerk of the Court is directed to send petitioner the Court's form for filing a federal petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

3. Petitioner is forewarned that failure to comply this order will result in dismissal of the petition pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   July 1, 2013                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Rules Governing Section 2254 Cases may be applied to petitions for writ of habeas corpus other than those brought under § 2254 at the Court's discretion. See, Rule 1(b) of the Rules Governing Section 2254 Cases. Civil Rule 81(a)(4) provides that the rules "apply to proceedings for habeas corpus . . . to the extent that the practice in such proceedings is not specified in a federal statute, the Rules Governing Section 2254 Cases, or the Rules Governing 2255 Cases; and has previously conformed to the practice in civil actions." Fed. R. Civ. P. 81(a)(4).