IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA ROBERT DALY,**<br><br>Petitioner,<br><br>v.<br><br>**FEDERAL BUREAU OF PRISONS, et al.,**<br><br>Respondents. | 1:13-cv-00926 LJO MJS HC<br><br>**ORDER DISMISSING MOTION FOR DISCOVERY AS MOOT**<br><br>**[Doc. 4]** |

        Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 17, 2013, Petitioner filed a motion for discovery. (ECF No. 4.) On September 25, 2013, the case was dismissed based on Petitioner's failure to follow a court order. (ECF No. 17.) As the case is closed, the motion for discovery (ECF No. 4.) is DENIED as MOOT.

IT IS SO ORDERED.


        Dated:   September 29, 2014          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE